UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON ROBERT MATTESON,<br><br>    Defendant. | No. 5:20-CR-036-H-BQ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Brandon Matteson filed his Motion to Continue Pretrial Release on June 8, 2020. Dkt. No. 32.  United States Magistrate Judge Hal Ray reviewed the motion and the issue of mandatory detention in this case and submitted his findings, conclusions, and recommendation (FCR) to this Court.  Dkt. No. 33.  Judge Ray recommended that the Court deny Matteson's Motion to Continue Pretrial Release and detain Matteson as a result of his conviction for possession of child pornography.  *Id*. at 6.  No objections to the FCR have been filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for clear error. Fed. R. Civ. P. 72(b)(3); *see also Wilson v. Smith & Nephew, Inc.*, No. 3:12-CV-1063-B, 2013 WL 1880770, at *1 (N.D. Tex. May 6, 2013).

The Court has examined the record and reviewed the FCR for clear error.  Finding none, the Court accepts and adopts the FCR.  The Court specifically finds that Matteson's crime of conviction subjects him to mandatory detention and that the relevant exceptions to mandatory detention have not been satisfied.

Accordingly, he is ordered detained pending his sentencing hearing and the execution of his sentence. Matteson is ordered to self-surrender to the U.S. Marshals Service in the George H. Mahon Federal Building, 1205 Texas Avenue, Room C-126, Lubbock, Texas 79401 by no later than 11:00 a.m. on June 26, 2020.

So ordered on June 25, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE